NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LESTER SCHECHNER,**
*Petitioner,*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2010-3122

---

Petition for review of the Merit Systems Protection Board in No. DA0752090409-I-1.

---

**JUDGMENT**

---

DAVID C. HOLMES, Law Offices of David C. Holmes, of Houston, Texas, argued for petitioner.

CORINNE A. NIOSI, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, FRANKLIN E. WHITE, JR., Assistant Director.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

   PER CURIAM (PROST, SCHALL and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

                    ENTERED BY ORDER OF THE COURT


February 11, 2011        /s/ Jan Horbaly
       Date                    Jan Horbaly
                                  Clerk